IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01804-RPM-MJW

DEBRA CASTILLO,

    Plaintiff,

v.

BUREAU OF COLLECTION RECOVERY, LLC, a Minnesota limited liability company,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys of record pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that the above-entitled action has been settled and the parties hereby stipulate to its dismissal on its merits with prejudice with each party to pay her or its own attorney's fees and costs, and request that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Dated: October 3, 2012.

Respectfully submitted,

| | |
|---|---|
| s/ David M. Larson | s/ Steven J. Wienczkowski . |
| David M. Larson, Esq. | Steven J. Wienczkowski, Esq. |
| 88 Inverness Circle East, Suite I-101 | Adam L. Plotkin, PC |
| Englewood, CO 80112 | 621 17th St. Suite 1800 |
| Telephone: (303) 799-6895 | Denver, CO 80293 |
| Attorney for the Plaintiff | Telephone: (303) 302-6864 |
| | Attorney(s) for the Defendant |